AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

MICHAEL ADAM ASSENBERG, et al., )
*Plaintiff* )
v. )        Civil Action No.   2:14-CV-0145-TOR
)
)
COUNTY OF WHITMAN, et al., )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendants' Motions for Summary Judgment, ECF Nos. 9 and 16, are GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____THOMAS O. RICE_____ on motions for
Summary Judgment (ECF NOS. 9 and 16).

Date: ____September 4, 2015____

*CLERK OF COURT*

____SEAN F. McAVOY____

____s/ Linda L. Hansen____
*(By) Deputy Clerk*

____Linda L. Hansen____